In re:                                                          Case No. 12-12802-GBN
DANIEL J WALCH                                                  Chapter 7
LYDIA E WALCH
          Debtors

## CERTIFICATE OF NOTICE

District/off: 0970-2        User: purvisa        Page 1 of 2        Date Rcvd: May 16, 2016
                           Form ID: cla001        Total Noticed: 46


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 18, 2016.
```
db/jdb       DANIEL J WALCH,   LYDIA E WALCH,   27727 N. 86TH DRIVE,   PEORIA, AZ 85383
aty         +JAMIN 1 NEIL,   PITE DUNCAN, LLP,   4375 JUTLAND DR., SUITE 200,   PO BOX 17933,
             SAN DIEGO, CA 92177-7921
cr          +GMAC Mortgage, LLC,   c/o Pite Duncan, LLP,   4375 Jutland Drive, Suite 200,   P.O. Box 17933,
             San Diego, CA 92177-7921
11455226    +AMERICA WIDE COLLECTIONS,   P.O. BOX # 54396,   PHOENIX AZ 85078-4396
11455229   ++ANALYTIC MEDICAL IMAGING LTD DBA,   ARIZONA MEDICAL IMAGING,   P O BOX 29864,
             PHOENIX AZ 85038-9864
             (address filed with court: ARIZONA MEDICAL IMAGING,   P.O. BOX # 14687,   SCOTTSDALE AZ 85267)
11455231    +BANK OF THE WEST,   PO BOX 5172,   SAN RAMON CA 94583-5172
11455232    +BLUEGREEN RESORTS MANAGEMENT,   4960 CONFERENCE WAY NORTH #100,   BOCA RATON FL 33431-4413
11455234    +BUREAU OF MEDICAL ECONOMICS,   326 EAST CORONADO ROAD,   PHOENIX AZ 85004-1524
11455235    +BUREAU OF MEDICAL ECONOMIC,   326 E CORONADO ROAD,   PHOENIX AZ 85004-1524
11455236    +CARDIOVASCULAR CONSULTANTS,   P.O. BOX # 98819,   LAS VEGAS NV 89193-8819
11455240    +CHASE BANK USA, NA,   LAW OFFICE OF WELTMAN, WEINBERG & REIS,   323 W LAKESIDE AVE STE 200,
             CLEVELAND OH 44113-1009
11455241     CIBOLA VISTA RESORT AND SPA,   PO BOX 78843,   PHOENIX AZ 85062-8843
11455242    +CITICARDS,   NORTHLAND GROUP INC.,   PO BOX 390905,   MINNEAPOLIS MN 55439-0905
11455245    +DESERT VALLEY MEDICAL ASSOCIATES LLC,   13350 NORTH 94TH DRIVE,   SUITE #101A,
             PEORIA AZ 85381-4826
11455244    +DESERT VALLEY MEDICAL ASSOCIATES LLC,   PO BOX 843763,   DALLAS TX 75284-3763
11455248    #+FREDERICK J HANNA & ASSOCIATES, PC,   1427 ROSWELL ROAD,   MARIETTA GA 30062-3668
11455249    #+FREDRERICK J HANNA & ASSOCIATE,   1427 ROSWELL ROAD,   MARIETTA GA 30062-3668
11455250    +GMAC MORTGAGE,   PO BOX 4622,   WATERLOO IA 50704-4622
11455251    +HAMMERMAN and HULTGREN,   3101 N. CENTRAL AVE.,   SUITE 500,   PHOENIX AZ 85012-2639
11455254    +J R BROTHERS FINANCE I,   10000 N 31ST AVE STE D20,   PHOENIX AZ 85051-9567
11455255    +J.R. BROTHERS FINANCIAL, INC.,   PO BOX 35666,   PHOENIX AZ 85069-5666
11455258     LEIDAN LAW FIRM,   158 MATCASE AVE,   OVERLAND PARK KS 66223
11455261    +MARICOPA COUNTY SUPERIOR COURT,   201 W. JEFFERSON,   PHOENIX AZ 85003-2243
11455264    +MOLLEN IMMUNIZATION CLINICS, LLC,   8328 EAST HARTFORD DR #102,   SCOTTSDALE AZ 85255-6521
11455265    +PATHOLOGY ASSOCIATES, LTD,   PO BOX 27340,   PHOENIX AZ 85061-7340
11455266    +RSI ENTERPRISES,   C/O: SONORA QUEST LABORATORY,   PO BOX 16190,   PHOENIX AZ 85011-6190
11455267    +ST JOSEPHS HOSPITAL AND MEDICAL CENTER,   PO BOX 33349,   PHOENIX AZ 85067-3349
11455268    +ST. JOSEPHS HOSPITAL & MEDICAL CENTER,   PO BOX 101066,   PASADENA CA 91189-0005
11455269    +US DEPT OF EDUCATION,   PO BOX 5609,   GREENVILLE TX 75403-5609
11455272    +VERIZON WIRELESS,   7000 CENTRAL AVE SW,   ALBUQUERQUE NM 87121-2096
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg          EDI: AZDEPREV.COM May 16 2016 23:53:00    AZ DEPARTMENT OF REVENUE,   BANKRUPTCY & LITIGATION,
             1600 W. MONROE, 7TH FL.,   PHOENIX, AZ  85007-2650
cr           EDI: HNDA.COM May 16 2016 23:48:00    AMERICAN HONDA FINANCE CORPORATION,
             NATIONAL BANKRUPTCY CENTER,   P.O. BOX 168088,   IRVING, TX  75016-8088
11455227     EDI: HNDA.COM May 16 2016 23:48:00    AMERICAN HONDA FINANCE,   6261 KATELLA AVE STE 1A,
             CYPRESS CA 90630
11455228    +EDI: AZDEPREV.COM May 16 2016 23:53:00    ARIZONA DEPART OF REVENUE,   PO BOX 29085,
             PHOENIX AZ 85038-9085
11508356    +EDI: ATLASACQU.COM May 16 2016 23:53:00    Atlas Acquisitions LLC,   294 Union St.,
             Hackensack, NJ 07601-4303
11455230    +E-mail/Text: bknotices@bankofthewest.com May 16 2016 23:58:42    BANK OF THE WEST,
             2527 CAMINO RAMON,   SAN RAMON CA 94583-4213
11455237     EDI: CHASE.COM May 16 2016 23:48:00    CARDMEMBER SERVICE,   PO BOX 94014,
             PALATINE IL 60094-4014
11455238    +EDI: CHASE.COM May 16 2016 23:48:00    CARDMEMBER SERVICE,   PO BOX 15548,
             WILMINGTON DE 19886-5548
11455239    +EDI: CHASE.COM May 16 2016 23:48:00    CHASE,   PO BOX 15298,   WILMINGTON DE 19850-5298
11455243     EDI: CITICARDS.COM May 16 2016 23:48:00    CITICARDS,   PO BOX 6000,   THE LAKES NV 89163
11455253     EDI: IRS.COM May 16 2016 23:53:00    INTERNAL REVENUE SERVICE,   PO BOX 21126,
             PHILADELPHIA PA 19144
11455256    +EDI: CHASE.COM May 16 2016 23:48:00    JPMORGAN CHASE BANK, NA,   PO BOX 29550,
             PHOENIX AZ 85038-9550
11455257    +EDI: CBSKOHLS.COM May 16 2016 23:48:00    KOHLS/CAPONE,   N56 W 17000 RIDGEWOOD DR,
             MENOMONEE FALLS WI 53051-7096
11455259    +EDI: RESURGENT.COM May 16 2016 23:48:00    LVNV FUNDING LLC,   PO BOX 740281,
             HOUSTON TX 77274-0281
11604315     EDI: RECOVERYCORP.COM May 16 2016 23:48:00    Recovery Management Systems Corporation,
             25 S.E. 2nd Avenue, Suite 1120,   Miami, FL 33131-1605
11455273    +E-mail/Text: BKRMailOps@weltman.com May 16 2016 23:58:38    WELTMAN, WEINBERG & REIS CO. LPA,
             PO BOX 93784,   CLEVELAND OH 44101-5784
                                                                                    TOTAL: 16
```

```
          ***** BYPASSED RECIPIENTS (continued) *****

          ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr            Recovery Management Systems Corporation
cr*          +Atlas Acquisitions LLC,    294 Union St.,    Hackensack, NJ 07601-4303
11455233*    +BLUEGREEN RESORTS MANAGEMENT INC.,    4960 CONFERENCE WAY NORTH #100,    BOCA RATON FL 33431-4413
11455252*    +HAMMERMAN & HULTGREN,    3101 N. CENTRAL AVE.,    SUITE 500,    PHOENIX AZ 85012-2639
11455260*    +LVNV FUNDING LLC,    PO BOX 740281,    HOUSTON TX 77274-0281
11455262*    +MARICOPA COUNTY SUPERIOR COURT,    201 W. JEFFERSON,    PHOENIX AZ 85003-2243
11455270*    +US DEPT OF EDUCATION,    PO BOX 5609,    GREENVILLE TX 75403-5609
11455271*    +US DEPT OF EDUCATION,    PO BOX 5609,    GREENVILLE TX 75403-5609
11455246     ##+EMERGENCY PHYSICIANS PROF ASSOC,    PO BOX 40460,    MESA AZ 85274-0460
11455247     ##+EMERGENCY PHYSICIANS PROFESSIONAL ASSOC.,    PO BOX 40850,    MESA AZ 85274-0850
11455263     ##+MEDICAL RESOURCE SYSTEMS,    PO BOX 40370,    MESA AZ 85274-0370
                                                                        TOTALS: 1, * 7, ## 3
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 18, 2016                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 16, 2016 at the address(es) listed below:
          MARI JO CLARK    on behalf of Joint Debtor LYDIA E WALCH mjc@clarklawaz.com
          MARI JO CLARK    on behalf of Debtor DANIEL J WALCH mjc@clarklawaz.com
          MICHAEL P. LANE    on behalf of Trustee ROGER W. BROWN mplbkcourt@lane-nach.com
          ROGER W. BROWN    rogerbrowntrustee@live.com,    rwb@trustesolutions.net;rrwwbb@hotmail.com
          U.S. TRUSTEE    USTPRegion14.PX.ECF@USDOJ.GOV
                                                                        TOTAL: 5
```

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF ARIZONA

In re:                                                    Case No.: 2:12–bk–12802–GBN

DANIEL J WALCH                                Chapter: 7
27727 N. 86TH DRIVE
PEORIA, AZ 85383
**SSAN:** xxx–xx–8864
**EIN:**

LYDIA E WALCH
27727 N. 86TH DRIVE
PEORIA, AZ 85383
**SSAN:** xxx–xx–2945
**EIN:**

Debtor(s)

## NOTICE FIXING LAST DATE TO FILE CLAIMS

**NOTICE IS HEREBY GIVEN THAT:**

1.     All Creditors of the above–named estate are required to file their claim pursuant to Bankruptcy Rule 3002(c) (5) on or before **August 16, 2016** in order to participate in the distribution of funds available. Any creditor who has previously filed a claim need not file again. Please be advised that filing a claim does not guarantee that you will receive payment on that claim. Whether you receive payment and the amount of any payment depends upon the amount of funds in the estate and whether there are administrative costs and priority claims to be paid.

2.     For governmental units, a proof of claim must be filed by the aforementioned deadline or 180 days after the date of the order for relief in this case, whichever is later.

3.     The proof of claim form can be obtained at the court's front counter and self help centers as well as access to fillable PDF versions on the court's website www.azb.uscourts.gov. If you are a creditor (the person who is owed money in a bankruptcy case) and are not represented by an attorney, you may also file a Proof of Claim and upload PDF attachments via an online form on the court's website.

4.     YOU ARE FURTHER NOTIFIED THAT if a distribution is to be declared for creditors, it will not be made until conclusion of the administration of this estate by the trustee. At a later date, you will be given notice of the trustee's final account and report and the proposed distribution.

**Date: May 16, 2016**

**Address of the Bankruptcy Clerk's Office:**          Clerk of the Bankruptcy Court:
U.S. Bankruptcy Court, Arizona
230 North First Avenue, Suite 101                        **George Prentice**
Phoenix, AZ 85003–1727
Telephone number:  (602) 682–4000
www.azb.uscourts.gov