**LANE & NACH, P.C.**
2001 East Campbell Avenue
Suite 103
Phoenix, AZ 85016
Telephone No.: (602) 258-6000
Facsimile No.: (602) 258-6003

Michael P. Lane – 007435
Email: michael.lane@lane-nach.com

Attorneys for Roger W. Brown, Trustee

# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re: | (Chapter 7 Case) |
| DANIEL J. WALCH and LYDIA E. WALCH, | No. 2:12-bk-12802-GBN |
| Debtors. | **NOTICE OF TRUSTEE'S APPLICATION TO (1) EMPLOY SPECIAL COUNSEL; (2) COMPROMISE PRODUCTS LIABILITY CLAIM; AND (3) PAY FEES AND COSTS TO SPECIAL COUNSEL** |

TO: CREDITORS AND PARTIES-IN-INTEREST:

Notice is hereby given that Roger W. Brown, Trustee, has filed an Application to (1) Employ Special Counsel; (2) Compromise Products Liability Claim; and (3) Pay Fees and Costs to Special Counsel, a complete copy is on file with the Clerk of the Court and available for inspection.

Pre-petition Debtor, Lydia Walch had an implantation of transvaginal mesh/pelvic surgical mesh product. Subsequently, Debtor experienced complications with the implant. Thereafter, and on or about October 5, 2012, she retained the law firm of Blasingame, Burch, Garrard & Ashley, P.C., on a 40% contingency fee, to prosecute claims for personal injuries and/or other causes of action against the manufactures of the transvaginal mesh/pelvic surgical mesh products ("Claim"). Multi-District Litigation was filed including the Claim.

Debtors filed their voluntary petition under Chapter 7 of Title 11, United States Code, on June 7, 2012. Debtors did not disclose the Claim on their Schedules filed with the Court. Trustee does not believe this non-disclosure was intentional. Trustee recently became aware of the Claim and moved to reopen this case to administer the Claim as property of the Chapter 7 Estate.

Trustee desires to ratify and continue the employment of Blasingame, Burch, Garrard & Ashley, P.C. (hereinafter "Special Counsel) to represent the Estate regarding the Claim. Special Counsel has agreed to represent the Estate on the same terms.

The District Court has approved a confidential group settlement. The settlement was divided into Funds based upon on the classification of the injuries suffered. The Claim falls in the Fund yielding a gross payment of $528,000.00. Trustee believes the settlement is appropriate after consideration of all of the circumstances. Special Counsel's fee is 40% of the gross settlement, as fully detailed below. In addition, the following costs, medical lien holdback and MDL expenses have been assessed:

| | | |
|---|---|---|
| Total Settlement | | $528,000.00 |
| Court Allocated Common Benefit Expense (1%) | $ 5,280.00 | |
| Attorney's fees (40%) : | | |
|   Court Ordered Common Benefit Expense (4%) | $ 21,120.00 | |
|   Special Counsel fees | $190,080.00 | $211,200.00 |
| Costs: | | |
|   Special Counsel Costs | $ 1,455.84 | |
|   Settlement Program Expense Allocation | $ 2,500.00 | $ 3,955.84 |
| Mandatory Holdback for Medical Liens (25%) | | $132,000.00 |
| (balance, if any, to be paid to Estate) | | |
| Total fees, costs, expenses | | $352,435.84 |
| Net to the Estate | | $175,564.16 |

If you have an objection to Trustee's Application, you must file your objection, specifying the reason therefor, with the Clerk of the Bankruptcy Court (230 North First Avenue, Phoenix, AZ 85003) and serve a copy upon the attorney for the Trustee at the address set forth above on or before the expiration of 21 days from the mailing of this Notice. Unless you file and serve a timely objection, the Application may be authorized without further notice or hearing.

DATED: May 24, 2016.

**LANE & NACH, P.C.**

By   /s/ MPL 007435
       Michael P. Lane
       Attorney for Trustee