Kenneth L. Neeley, 025899
Christopher J. Dutkiewicz, 024962
**NEELEY LAW FIRM, PLC**
2250 E. Germann Rd., Ste. 11
Chandler, Arizona 85286
Tel: 480.802.4647 | Fax: 480.907.1648

ecf@neeleylaw.com

*Attorneys for Debtors*

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF ARIZONA

In re:

**Daniel J. Walch**

**Lydia E. Walch**,

Debtors.

Chapter 7
Case No.: 2:12-bk-12802-GBN

**NOTICE OF REPRESENTATION AND REQUEST FOR NOTICE AND SERVICE OF PAPERS**

Neeley Law Firm, PLC, by Kenneth L. Neeley and Chris J. Dutkiewicz, gives notice of its appearance as attorney of record for Debtors Daniel J. Walch and Lydia E. Walch. It is hereby requested that notices of all proceedings and copies of all pleadings in the above-entitled Chapter 7 proceeding be served upon counsel as follows:

> Kenneth L. Neeley
> **Neeley Law Firm, PLC**
> 2250 E. Germann Rd., Ste. 11
> Chandler, AZ, 85286
> Email: ecf@neeleylaw.com

DATED: June 2, 2016                    NEELEY LAW FIRM, PLC

*/s/Kenneth L. Neeley*
Kenneth L. Neeley
Christopher J. Dutkiewicz
*Attorneys for Debtors*